## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. THEODORE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PURECYCLE TECHNOLOGIES, INC., MICHAEL OTWORTH, MICHAEL E. DEE, DAVID BRENNER, and BYRON ROTH,<br><br>Defendants. | Misc. No. 2:24-mc-00011<br><br>M.D. Fla. Case No. 6:21-cv-809-PGB-RMN |

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS' MOTION TO COMPEL AGAINST NON-PARTY HINDENBURG RESEARCH LLC

It is hereby STIPULATED and AGREED on this 9th day of May, 2024, by and between counsel for all represented Parties in the above captioned matter that pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that any and all claims in Defendants PureCycle Technologies Inc., Michael Otworth, Michael Dee, and David Brenner's motion to compel production from non-party Hindenburg Research LLC are dismissed, without prejudice, with each Party to bear their own costs and fees.

Dated: May 9, 2024

**DECHERT LLP**

/s/ *Joni S. Jacobsen*
Joni S. Jacobsen (*admitted pro hac vice*)
35 W. Wacker Drive, Suite 3400
Chicago, IL 60601
312-646-5800
joni.jacobsen@dechert.com

Hayoung Park (*admitted pro hac vice*)
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
212-698-3500

**BLACK & GERNGROSS**

*/s/ Jeffrey B. Miceli*
Jeffrey B. Miceli
James J. Black, III
Mark W. Drasnin
1617 J.F.K. Blvd. Suite 1575
Philadelphia, PA 19103
215-636-1650
jmiceli@blackgern.com
jblack@blackgern.com
mdrasnin@blackgern.com

**PUGSLEY WOOD LLP**

1

hayoung.park@dechert.com

Carla G. Graff
Bar Number 324532
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000
carla.graff@dechert.com

*Attorneys for Defendants PureCycle Technologies, Inc., Michael Otworth, Michael Dee, and David Brenner*

Lindsey B. Silver (*admitted pro hac vice*)
53 State Street Suite 570
Boston, MA 02109
617-992-9500
lindsey@pugsleywood.com

*Attorneys for Hindenburg Research LLC*