IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. THEODORE | : MISCELLANEOUS ACTION |
| | : |
| v. | : NO. 24-11 |
| | : |
| PURECYCLE TECHNOLOGIES, INC., MICHAEL OTWORTH, MICHAEL E. DEE, DAVID BRENNER, BYRON ROTH | : : : |

## ORDER

**AND NOW**, this 10th day of May 2024, upon considering defendants' motion to compel production of documents from nonparty Hindenburg Research, LLC (DI 4), and the parties' stipulation of voluntary dismissal of defendants' motion to compel (DI 18), it is **ORDERED**:

1. The parties' stipulation of voluntary dismissal of defendants' motion to compel (DI 18) is **APPROVED**.

2. Defendants' motion to compel production of documents from nonparty Hindenburg Research, LLC (DI 4) is **DENIED as moot**.

3. Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the case is **DISMISSED** and the Clerk of Court shall **close** this case.

MURPHY, J.